# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| SCOTTY G. TERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | )     C.A. No.: 6:13-cv-2824-BHH |
| | ) |
| DRIVE AUTOMOTIVE INDUSTRIES OF AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION TO
## STAY THE DEADLINE FOR JURY SELECTION AND/OR TRIAL

**THIS MATTER** came before the Court on Defendant's Motion to Stay the Deadline for Jury Selection and/or Trial pending ruling of Defendant's Motion for Summary Judgment. It is;

**ORDERED** as follows:

1. The Defendant's Motion to Stay the Deadline for Jury Selection and/or Trial pending ruling of Defendant's Motion for Summary Judgment is **GRANTED**.

2. The deadline for jury selection and/or trial set forth in the December 22, 2014, Second Consent Amended Scheduling Order is stayed pending the Court's ruling on Defendant's Motion for Summary Judgment. Once the Court decides Defendant's Motion for Summary Judgment, the Court will set a new deadline for jury selection and/or trial, if necessary.

**SO ORDERED** this 13th day of March, 2015.

                                         s/Bruce Howe Henricks
                                         Hon. Bruce H. Hendricks
                                         United States District Judge